## Newburger et al., Appellants, *v.* Eckerson.

Argued January 9, 1935. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

74

*John P. Connelly,* for appellants.

*Warwick Potter Scott,* with him *Knox Henderson,* of *Ballard, Spahr, Andrews & Ingersoll,* for appellee.

PER CURIAM, March 25, 1935:

The opinion of the court below presents the facts and the legal principles applicable thereto in a clear, concise and correct manner. The judgment is affirmed on that opinion.